UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Enrique AVILES GARCIA,<br><br>Petitioner,<br><br>v.<br><br>Markwayne MULLIN, et al.,<br><br>Respondents. | Case No.:  26-cv-4144-AGS-JLB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Enrique Aviles Garcia seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a hearing by August 12, 2026.

Upon the petitioner's request for a continuance, the immigration judge may grant reasonable extensions of that deadline. In addition, within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated:  July 29, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-4144-AGS-JLB